(February 19, 1980)

■ In the Matter of CESAR ALVAREZ, Appellant, v STATE BOARD OF PAROLE, Respondent.—Motion for permission to proceed as a poor person and for assignment of counsel upon appeal from a judgment of the Supreme Court, Clinton County, dated January 14, 1980, which ordered that petitioner be given a new minimum period of imprisonment hearing. Motion denied and appeal dismissed on the ground that petitioner is not aggrieved since the judgment appealed from granted the relief which he sought. Mahoney, P. J., Greenblott, Staley, Jr., Casey and Herlihy, JJ., concur.